RECEIVED

FEB 2 2 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

JAMES MICHAEL DILL

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

CIVIL ACTION NO.: 11-0490

JUDGE DOHERTY

MAGISTRATE JUDGE HILL

## ORDER

In light of the foregoing, the Motion for Summary Judgment [Doc. 55], this Court finds,

movant, Mr. Dill has not met his burden to find State Farm to be in violation of La. Rev.Stat. Ann.

§§ 22:1892 and 22:1973. Thus, it is ORDERED that JAMES MICHAEL DILL's Motion for

Summary Judgment is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __22__ day of February, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE